UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
MIDDLE DIVISION

*Motion GRANTED for extension to 10/1/2024.*

**FRANCISCO CARRANZA, et al**

    Plaintiffs,

v.

**SAM GALLUZZI, et al.**

    Defendants.

Case No. 3:23-cv-00758

Judge Aleta A. Trauger

### MOTON FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S RULE 12(B)(6) MOTION TO DISMISS

The Plaintiffs request an extension of time to respond to the Defendants' Motion to Dismiss (Doc. 69, filed September 3, 2024). Local Rule 7.01(a)(3) requires that "any party opposing a motion must serve and file a memorandum of law in response … no later than fourteen (14) days after service of the motion …". In support of this motion, the Plaintiffs would show that the motion to dismiss is complex in nature. Further the Plaintiffs' counsel would show they have significant prior commitments during the default response window.

Pursuant to Local Rule 7.01(a)(1) Plaintiffs' counsel has conferred with Defendants' counsel via email and requested relief. Defendants counsel is unopposed.

PREMISES CONSIDERED, your movants request that the time to file a response to the Defendants Motion to Dismiss be extended until October 1, 2024.